UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**REGINA MURRAY**,                                    Case No. 6:13-cv-01717-KI

        Plaintiff,                              JUDGMENT

  v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.

    Richard F. McGinty
    McGinty & Belcher, Attorneys
    P.O. Box 97301
    Salem, OR 97301

        Attorney for Plaintiff

Page 1 - JUDGMENT

S. Amanda Marshall
United States Attorney
District of Oregon
Ronald K. Silver
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97201-2902

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   3rd   day of September, 2014.

          /s/ Garr M. King
        Garr M. King
        United States District Judge

Page 2 - JUDGMENT